## BROOKS–CALLAWAY CO. v. MACON CONCRETE ROLLER CO.

(Circuit Court of Appeals, Fifth Circuit. February 24, 1922.)

No. 3758.

Patents ⬠328—1,273,022, for process and device for finishing concrete pavements, held valid and infringed.

The Ashmore & Morgan patent, No. 1,273,022, for a process and device for finishing concrete pavements, claims 5 and 6, *held* valid and infringed.

Appeal from the District Court of the United States for the Northern District of Georgia; Samuel H. Sibley, Judge.

Suit in equity by the Macon Concrete Roller Company against the Brooks-Callaway Company. Decree for complainant, and defendant appeals. Affirmed.

For opinion below, see 272 Fed. 341.

H. B. Troutman, of Atlanta, Ga., and Henry M. Huxley, of Chicago, Ill., for appellant.

Walter A. Harris, of Macon, Ga., Eugene R. Black and Sanders McDaniel, both of Atlanta, Ga., and Stephen J. Cox, of New York City, for appellee.

Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The appellant complains of that part of the decree appealed from which held valid and infringed claims 5 and 6 of the Ashmore & Morgan patent, No. 1,273,022, for a process and device for finishing concrete pavements. We have reached the conclusion that the court did not err in so holding. For a statement of the reasons relied on to support that conclusion, nothing more is needed than an expression of our approval of the opinion rendered by the District Judge. Macon Concrete Roller Co. v. Brooks-Callaway Co., 272 Fed. 341.

The decree is affirmed.